FILED
09 MAR 19 PM 1:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS CALLAHAN, on behalf of herself and all others similarly situated in the State of California,<br><br>Plaintiff,<br>vs.<br>VERTRUE INCORPORATED et al.,<br>Defendants. | Case No. 09cv0236 BEN (POR)<br><br>**ORDER DENYING MOTION FOR A STAY** |

Plaintiff Phyllis Callahan commenced this putative class action against Defendants Vertrue Incorporated and Adaptive Marketing LLC in state court, alleging that Defendants participated in a telemarketing scam. After removal to this Court, the parties jointly moved for a stay pending a decision by the United States Judicial Panel on Multidistrict Litigation ("MDL") on a motion to consolidate this action with three other related actions under 28 U.S.C. § 1407. Dkt. No. 14. The parties do not explain why these actions are related. Nor do the parties establish that the MDL Panel will likely transfer this action to another district. As a result, their conclusory assertion that a stay will serve judicial economy is speculative at best. Accordingly, their motion for a stay is denied. *United Steelworkers of Am. v. Retirement Income Plan for Hourly-Rated Employees of ASARCO, Inc.*, 512 F.3d 555, 563 (9th Cir. 2008) (district courts enjoy broad discretion in deciding motions to stay).

IT IS SO ORDERED.

Dated: March 18, 2009

Hon. Roger T. Benitez
United States District Judge

- 1 -

09cv0236